UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-2FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TATYANA ANATOLYEVNA TEYF | ORDER TO SEAL |

UPON the Defendant Tatyana Teyf's Motion to Seal and for good cause shown, this Court GRANTS the Motion and ORDERS that Docket Entry 96 be sealed until otherwise unsealed by this Court.

This the 21st day of January, 2019.

_____
Louise Flanagan
UNITED STATES DISTRICT JUDGE