UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-452-2-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TATYANA ANATOLYEVNA TEYF | ORDER |

This matter comes before the Court on Defendant's motion to continue arraignment. For good cause shown, the arraignment of this matter is continued to that term of criminal court commencing on January 14, 2020.

The court finds that the period of delay occasioned by this continuance is excluded from the Speedy Trial Act calculations, because the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial under 18 USC § 3161(h)(7)(A).

SO ORDERED.

This the 4th day of September, 2019.

_____
Honorable Louise W. Flanagan
United States District Judge