UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-2-FL

UNITED STATES OF AMERICA

v.

TATYANA ANATOLYEVNA TEYF

ORDER

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed response sealed motion filed on 4 February 2020 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for the Government and Defendant.

SO ORDERED.

This the 5th day of February, 2020.

_____
Honorable Louise W. Flanagan
United States District Judge