UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-452-2FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CLERK'S NOTICE |
| | ) | (LOCAL CRIMINAL RULE 55.1) |
| TATYANA ANATOLYEVNA TEYF | ) | |
| | ) | |
| Defendant. | ) | |

During an evidentiary hearing or trial, the court received exhibits in this action. The subject exhibits pertain to the motion hearing held on March 28, 2019. Exhibits were admitted by the government only, and presently remain in the custody of the Clerk of Court. More than thirty days have passed since the entry of final judgment. Pursuant to Local Criminal Rule 55.1, within **14 days** of this notice, you are DIRECTED to contact the undersigned deputy clerk to make arrangements to come to the Clerk's office to retrieve all writings, recordings, photographs, models, diagrams, or other materials introduced into evidence. If you fail to comply with this notice, the Clerk may destroy or dispose of the exhibits as she deems appropriate or, in the alternative, submit the matter to the court for issuance of a show cause order for failure to respond and order authorizing disposal.

This the 2nd day of February, 2022.

/s/ Peter A. Moore, Jr.
PETER A. MOORE, JR., CLERK

/s/ Susan Tripp
Susan Tripp, Deputy Clerk
(252) 638-7507
susan_tripp@nced.uscourts.gov