IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE No. 5:18-CR-00452-FL-2

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | **MOTION FOR EARLY TERMINATION** |
| TATYANA ANTOLYEVNA TEYF, | **OF SUPERVISED RELEASE** |
| Defendant. | |

NOW COMES Defendant, TATYANA ANATOLYEVNA TEYF, by and through counsel and moves the Court for early termination of her supervised release after serving approximately 75% of her term and in support thereof shows:

1. On July 11, 2021, she entered a plea of guilty to making a false statement in an immigration document in violation of 18 U.S.C. § 1015(a).

2. She was sentenced on July 11, 2021 to time served of 7 days, together with a $100 special assessment and 3 years of Supervised Release.

3. Since sentencing she has been supervised by U.S.P.O. Peter Yalango who advises that she is and always has been in full compliance with her Supervised Release.

4. At all times since she has been under supervision her travel has been limited to the Eastern District of North Carolina.

5. With the permission of Mr. Yalango she traveled to Busch Gardens in October 2021; to Florida in April 2022 and to Cancun in July 2023.

6. When returning from Cancun she was briefly detained by the immigration folks in the Atlanta Airport who pulled her for being on probation without paperwork authorizing her travel. The matter was resolved.

7. She owns the home in Raleigh which she shares with her two daughters, both of whom are U.S. Citizens.

8. She has a current green card and is living legally in the United States.

9. AUSA Barbara Kocher confirms that she has completed all of her obligations under the Plea Agreement.

10. She respectfully requests to be released from her Supervised Release and its restrictions.

11. AUSA Barbara Kocher takes no position with respect to this Motion.

NOW, THEREFORE, it is requested that the terms of Supervised Release of Tatyana Anatolyevna Teyf be terminated.

Respectfully submitted this 29th day of September, 2023.

                                                **POYNER SPRUILL LLP**

By:   s/ David W. Long
        David W. Long
        N.C. State Bar No. 2779
        dwlong@poynerspruill.com
        P.O. Box 1801
        Raleigh, NC 27602-1801
        Telephone: 919.783.2902
        Facsimile: 919.783.1075

        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

      This the 29th day of September, 2023.

                                                 s/ David W. Long
                                                 David W. Long