IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-452-FL-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TATYANA ANATOLYEVNA TEYF, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release. (DE 706). Defendant notes she has served approximately 75% of her term, that the supervising probation officer represents defendant is in full compliance, and that the government confirms that defendant has completed all obligations under the plea agreement and takes no position with respect to the motion.

Based upon the motion, the probation officer and government representations contained therein, as well as the record in this case, defendant has demonstrated good cause for early termination of supervised release. Considering the totality of facts and circumstances bearing upon defendant's term of supervision, the court finds defendant no longer is in need of supervision.

Therefore, the court GRANTS defendant's motion. It is ORDERED that defendant be discharged from supervision and that the proceedings in this case be terminated.

SO ORDERED, this the 20th day of October, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge